Case 3:20-cv-00225   Document 20   Filed on 09/17/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 17, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| SPRING BRANCH WILDLIFE PRESERVE, *et al*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 3:20-CV-225 |
| | § | |
| UNITED STATES ENVIRONMENTAL PROTEXTION AGENCY, *et al*, | § § § | |
| Defendants. | § § | |

## **ORDER**

Pursuant to the court's memorandum opinion and order entered in this case, judgment is entered for the defendants.

All pending motions are denied as moot.

The Clerk will provide copies of this judgment to the parties.

SIGNED on Galveston Island this 17th day of September, 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE