# United States Court of Appeals for the Fifth Circuit

United States Courts Southern
District of Texas
FILED
*11/9/2022*
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
October 17, 2022
Lyle W. Cayce
Clerk

No. 22-40031

SPRING BRANCH WILDLIFE PRESERVE; HOUSTON LAND & CATTLE COMPANY, L.C.,

*Plaintiffs—Appellants,*

*versus*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, IN HIS OFFICIAL CAPACITY AS ADMINISTRATOR OF THE EPA; UNITED STATES ARMY CORPS OF ENGINEERS; MICHAEL L. CONNOR, IN HIS OFFICIAL CAPACITY AS ASSISTANT SECRETARY FOR THE CORPS' CIVIL WORKS PROGRAM,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:20-CV-225

---

Before JONES, SOUTHWICK, and HO, *Circuit Judges.*

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

No. 22-40031

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that appellants pay to appellees the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued as the mandate on Nov 09, 2022

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

November 09, 2022

United States Courts Southern
District of Texas
FILED

*11/9/2022*

Nathan Ochsner, Clerk of Court

Mr. Nathan Ochsner
Southern District of Texas, Galveston
United States District Court
601 Rosenberg Street
Room 411
Galveston, TX 77550-0000

No. 22-40031    Spring Branch Wildlife v. EPA
                USDC No. 3:20-CV-225

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shawn D. Henderson, Deputy Clerk
504-310-7668

cc:
    Mr. Timothy Andrew Hootman
    Ms. Anna T. Katselas
    Mr. Mark L. Walters