# United States Court of Appeals for the Fifth Circuit

United States Courts Southern District of Texas
FILED
*11/9/2022*
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
October 17, 2022
Lyle W. Cayce
Clerk

No. 22-40031

---

SPRING BRANCH WILDLIFE PRESERVE; HOUSTON LAND ; CATTLE COMPANY, L.C.,

*Plaintiffs—Appellants,*

*versus*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, IN HIS OFFICIAL CAPACITY AS ADMINISTRATOR OF THE EPA; UNITED STATES ARMY CORPS OF ENGINEERS; MICHAEL L. CONNOR, IN HIS OFFICIAL CAPACITY AS ASSISTANT SECRETARY FOR THE CORPS' CIVIL WORKS PROGRAM,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:20-CV-225

---

Before JONES, SOUTHWICK, and HO, *Circuit Judges.*

PER CURIAM:[*]

---

[*] Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

Plaintiffs Spring Branch Wildlife Preserve and Houston Land & Cattle Company brought suit seeking declaratory judgments regarding the applicability of the Clean Water Act to their respective properties. The district court dismissed Plaintiffs' claims for lack of subject matter jurisdiction because they did not challenge any final agency actions reviewable under the Administrative Procedures Act. During oral argument, the EPA acknowledged that Plaintiffs could request an approved jurisdictional determination, which would be judicially reviewable. However, Plaintiffs have not sought any approved jurisdictional determinations. The Court has carefully considered this appeal in light of the briefs, oral arguments, and the pertinent portions of the record. Having found no reversable error, we AFFIRM.